■ In the Matter of MARY E. WASHINGTON, Appellant, v NEW YORK CITY TRANSIT POLICE et al., Respondents. [668 NYS2d 458] —Order, Supreme Court, Bronx County (Alan Saks, J.), entered on or about October 11, 1996, which, *sua sponte*, dismissed this proceeding, denominated as one pursuant to CPLR article 78, for failure to file the initiatory papers before serving them, unanimously affirmed, without costs.

The court properly dismissed the proceeding on the ground that petitioner's service of process without first purchasing an index number and filing the initiatory papers was a nullity (*Matter of Gershel v Porr*, 89 NY2d 327). Concur—Sullivan, J. P., Wallach, Rubin, Williams and Tom, JJ.

■ LINDA DE LORENZO, Appellant-Respondent, v ANTHONY DE LORENZO, Respondent-Appellant, et al., Defendants. [668 NYS2d 455] —Order, Supreme Court, New York County (Sherry Klein Heitler, J.), entered December 4, 1996, which awarded plaintiff various items of pendente lite relief claimed by defendant to be excessive and by plaintiff to be inadequate, unanimously affirmed, without costs.

The award appears to reasonably balance plaintiff's needs and defendant's ability to pay, and to be otherwise properly based on the factors specified in Domestic Relations Law § 236 (B) (6). The appropriate remedy for any perceived inequities in the award is a prompt trial (*Anonymous v Anonymous*, 241 AD2d 353). Concur—Sullivan, J. P., Wallach, Rubin, Williams and Tom, JJ.